**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Germaine D. Seaborn        CHAPTER 7

      Debtor(s)        BKY. NO. 20-20415 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of QUICKEN LOANS INC. and index same on the master mailing list.

               Respectfully submitted,

               **/s/James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               Attorney I.D. No. 42524
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               412-430-3594
               jwarmbrodt@kmllawgroup.com