Certificate Number: 14912-PAW-DE-034534143

Bankruptcy Case Number: 20-20415



14912-PAW-DE-034534143

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2020, at 1:38 o'clock AM EDT, Germaine Seaborn completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 7, 2020               By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor